ERIC AMADO *v.* COMMISSIONER OF CORRECTION

The petitioner Eric Amado's petition for certification for appeal from the Appellate Court, 110 Conn. App. 345 (AC 28381), is denied.

KATZ, J., did not participate in the consideration of or decision on this petition.

*Christopher M. Neary*, special public defender, in support of the petition.

*Susann E. Gill*, senior assistant state's attorney, in opposition.

Decided October 20, 2008